

January 24, 2022

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

Re: *Colin D., a minor and Joseph D., individually and as guardian of Colin D. v. Morgan Stanley Medical Plan, et al.*; **Case: 1:20-cv-10593**

Dear Judge Gorenstein:

Plaintiffs submit this joint letter on behalf of all parties in the above-referenced action.

Plaintiffs, with the consent of Defendants, respectfully request that the schedule for summary judgment motions contained in the December 7, 2021 Order of this Court (ECF No. 47) be amended such that summary judgment briefing be submitted according to the following schedule:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Motion | February 1, 2022 | February 15, 2022 |
| Defendants' Opposition to Plaintiffs' Motion and any Motion by Defendants | March 1, 2022 | March 15, 2022 |
| Plaintiffs' Reply to their Motion and Opposition to Defendants' Motion | March 29, 2022 | April 12, 2022 |
| Defendants' Reply to their Motion | April 19, 2022 | May 3, 2022 |

The amendment to the summary judgment briefing schedule is respectfully requested due to unscheduled staff absences at Plaintiffs' counsel's office. All parties agree to this schedule, and this is the first time the parties have requested an adjustment to this schedule. No other scheduled dates need to be altered as a result of this adjusted briefing schedule.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Matthew Maddox
**Content Approved by Counsel for All Parties**

The proposed schedule is approved. The parties should not expect any further extensions to be granted.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 25, 2022