UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

COLIN D. et al.,

        Plaintiffs,

 -v-                                                 No.   1:20-cv-9120-LTS-GWG

MORGAN STANLEY MEDICAL PLAN, et al.,

        Defendants.

---------------------------------------------------------x

        Both Plaintiffs and Defendants have submitted sealing requests and proposed sealed documents in connection with their recent motions for summary judgment.  (Docket entry nos. 51, 63.)   The Court grants the sealing requests of Plaintiffs and Defendants, for the reasons discussed in the respective sealing motions. (See docket entry nos. 50 and 62.)

        The Court respectfully directs the Clerk of Court to maintain the current sealed viewing level for the following proposed sealed documents: Plaintiffs' memorandum of law in support of summary judgment (DE 55); Plaintiffs' Rule 56.1 statement (DE 56); Plaintiffs' affirmation in support of summary judgment with attached exhibits (DE 57); Plaintiffs' affidavit in support of summary judgment with attached exhibits (DE 58); Defendants' memorandum of law in support of summary judgment (DE 68); Defendants' Rule 56.1 statement (DE 69); Defendants' counter Rule 56.1 statement (DE 70); Defendants' declaration in support of summary judgment with attached exhibits (DE 71); and Defendants' second declaration in support of summary judgment with attached exhibits (DE 72).  This order resolves docket entries

number 50 and 62. This case remains referred to Magistrate Judge Gorenstein for general pre-trial management.

SO ORDERED.

Dated: New York, New York
    March 17, 2022

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge