UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Colin D., Joseph D.,

                        Plaintiff(s),                    20CV9120-LTS

     -v-

Morgan Stanley Medical Plan et al.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

      In light of the pending motion, the final pretrial conference scheduled for July 29, 2022, is rescheduled to **October 7, 2022, at 11:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
          July 19, 2022

                                                       /s/  Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge