UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Colin D., Joseph D.,

                       Plaintiff(s),                  20CV9120-LTS

      -v-

Morgan Stanley Medical Plan et al.,

                       Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion, the final pretrial conference scheduled for October 7, 2022, is rescheduled to **January 13, 2023, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         September 23, 2022

                                                     /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge