UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Colin D., Joseph D.,

                         Plaintiff(s),                    20CV9120-LTS

     -v-

Morgan Stanley Medical Plan et al.,

                         Defendant(s).
-------------------------------------------------------------X

## ORDER

      In light of the pending motion, the final pretrial conference scheduled for July 14, 2023, is rescheduled to **October 10, 2023, at 10:30 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
          July 5, 2023

                                                     /s/  Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge