UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Colin D., Joseph D.,

                        Plaintiff(s),                    20CV9120-LTS

    -v-

Morgan Stanley Medical Plan et al.,

                        Defendant(s).
-------------------------------------------------------------X

### AMENDED ORDER

       In light of the pending motion, the final pretrial conference scheduled for October 10, 2023, is rescheduled to **October 20, 2023, at 10:30 a.m.** in Courtroom 17C.

       SO ORDERED.

Dated: New York, New York
       September 14, 2023

                                                  /s/ *Laura Taylor Swain*
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge