UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COLIN D., a minor, and JOSPEH D.,
individually, and as a guardian of Colin D.,

                Plaintiffs,

  -v-                                                     No. 20-CV-9120-LTS-GWG

MORGAN STANLEY MEDICAL PLAN;
OPTUM GROUP, LLC; and UNITED
BEHAVIORAL HEALTH, INC.,

                Defendants.

-------------------------------------------------------x

## SEALING ORDER

       Today, the Court has filed under seal, with access afforded to the parties only, its Memorandum Opinion and Order (the "Opinion") resolving the parties' motions for summary judgment (docket entry nos. 51 and 63), in order to afford the parties an opportunity to request redactions of information prior to public filing, to the extent the parties assert that such redactions are necessary and consistent with governing law. By October 13, 2023, the parties shall meet and confer and jointly inform the Court in writing of any requested redactions to the Opinion, and shall provide their legal rationale for any requested redactions. Each requested redaction shall be indicated by highlighting on a copy of the Opinion submitted with the party's redaction request. If the parties request redactions based on the sensitive/private nature of the medical and health information discussed in the Opinion, the parties shall explain why the use of the Plaintiffs' first names and last initial only in the public records of the case, including the caption, is insufficient to protect the relevant privacy interests.

If no objections or proposed redactions are received by October 13, 2023, the Court will file the Memorandum Opinion and Order on the public docket in its entirety. The Court will take any objections and redaction requests under advisement and resolve them on the papers.

SO ORDERED.

Dated: September 30, 2023
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge