UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Colin D., Joseph D.,

                         Plaintiff(s),                  20CV9120-LTS

      -v-

Morgan Stanley Medical Plan et al.,

                         Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for October 20, 2023, is rescheduled to **January 19, 2024, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         October 11, 2023

                                                /s/ *Laura Taylor Swain*
                                                LAURA TAYLOR SWAIN
                                                United States District Judge