UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

COLIN D., a minor, and JOSPEH D.,
individually, and as a guardian of Colin D.,

            Plaintiffs,

  -v-                                                                   No. 20-CV-9120-LTS-GWG

MORGAN STANLEY MEDICAL PLAN;
OPTUM GROUP, LLC; and UNITED
BEHAVIORAL HEALTH, INC.,

            Defendants.

-------------------------------------------------------x

ORDER

In response to the Court's Sealing Order (DE 96), Plaintiffs have requested the redaction of a named party in the Court's Memorandum Opinion and Order, entered under seal at DE 95. Because Plaintiffs have not proffered a justification outweighing the public interest in the continued disclosure of said named party, which has been a matter of public record since the filing of the Complaint in 2020, Plaintiffs' request for redaction is hereby denied. The Court will enter its unredacted Memorandum Opinion and Order on the public docket.

      SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge