# Robinson+Cole

MICHAEL H. BERNSTEIN

666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut Pennsylvania, New Jersey and Utah

November 1, 2023

*Via ECF*

**MEMORANDUM ENDORSED**

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Colin D., et al. v. Morgan Stanley Medical Plan, et al.*
      Case No. 1:20-cv-09120-LTS-GWG

Dear Judge Gorenstein:

    We represent Defendants Morgan Stanley Medical Plan, Optum Group, LLC and United Behavioral Health, Inc. (together, "Defendants") in the above-referenced matter. Pursuant to paragraph 8 of Your Honor's Standing Order Applicable to Settlement Conferences Before Judge Gorenstein (the "Standing Order"), we write to respectfully request that the Settlement Conference currently scheduled for November 7, 2023 at 10:00 a.m. be adjourned to November 27, 2023 at 10:00 a.m. In accordance with the Standing Order, my office contacted the Court's Deputy Clerk and obtained the November 27th date as an alternative date that the Court is available. Thereafter, we discussed the proposed alternative date with Plaintiffs' counsel and confirmed that all parties and counsel are available on November 27, 2023.

    The requested adjournment is needed because Defendants' counsel has an arbitration hearing on November 6-10 and November 13, 2023, which was scheduled prior to the Court scheduling the November 7th Settlement Conference.

    This is Defendants' first request for adjournment of the Settlement Conference. Plaintiffs' counsel does not object to this adjournment request. The requested adjournment will not affect any other deadlines in this proceeding.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

We thank the Court for its attention to this matter.

Respectfully submitted.

Michael H. Bernstein

cc: All Counsel of Record (*via* ECF)

Conference adjourned to November 27, 2023 at 10:00 a.m.  Because of two intervening Court or federal holidays, submissions are due on November 17, 2023.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 2, 2023